UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST WINTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 235 |
| | ) | |
| CITY OF CHICAGO HEIGHTS, a | ) | Judge Gettleman |
| Municipal Corporation, Chicago Heights | ) | |
| Police Officers ANTHONY BRUNO, Star | ) | |
| 144 and FRED SERRATO, Star 110, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Louis J. Meyer
      Law Offices of Lawrence V. Jackowiak
      20 N. Clark St., Suite 1700
      Chicago, IL 60602

   PLEASE TAKE NOTICE that I caused Defendant's Answer to Complaint and Affirmative Defenses to be filed with the Clerk of the United States District Court for the Northern District of Illinois – Eastern Division on February 1, 2008.

                                             /s/ William F. Gleason
                                             WILLIAM F. GLEASON

## **CERTIFICATE OF SERVICE**

      I, WILLIAM F. GLEASON, an attorney, certify that a copy of this notice and the document referred to therein was served upon the above listed person via email through the Case Management/Electronic Case Filing System in accordance with Local Rule 5.9 on February 1, 2008.

                                              /s/ William F. Gleason  
                                              WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA  
WILLIAM F. GLEASON  
HAUSER, IZZO, DeTELLA & PETRARCA, LLC  
19730 Governors Highway, Suite 10  
Flossmoor, IL 60422  
(708)799-6766  
5G:\MUNICIPAL\Chicago Heights\Winters\nof.cs.1.doc