**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ernest Winters

                Plaintiff,

v.                                              Case No.: 1:08−cv−00235
                                              Honorable Robert W. Gettleman

City of Chicago Heights, et al.

                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.


Dated: June 3, 2008

                                                                   /s/ Robert W. Gettleman

                                                                  United States District Judge