# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 235 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Winters vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 9/5/08 at 9:00 a.m. Discovery is proceeding. The Parties are reminded that discovery cuts off on 10/7/08. The Parties will submit an agreed protective order to chambers. AK

Docketing to mail notices.

00:04;nfpc

U.S. DISTRICT COURT
2008 JUL 24 PM 12:49
FILED

| | Courtroom Deputy Initials: | AC |
|---|---|---|