Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| CASE NUMBER | 08 C 235 | DATE | 9/5/2008 |
| CASE TITLE | Winters vs. City of Chicago Heights, et. Al. | | |

**DOCKET ENTRY TEXT**

Magistrate Status hearing held and continued to 10/06/08 at 9:00 a.m. *AK*

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | LCW |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 SEP -5 PM 2:26

FILED