# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 235 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Ernest Winters vs. City of Chicago Heights | | |

## DOCKET ENTRY TEXT

Enter Agreed Qualified HIPAA and Confidential Matter Protective Order. *AK*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 SEP -8 PM 6:10

FILED-EDT